IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: SANDY APARICIO | ) |
| | ) |
| U.S. Bank, N.A., | ) |
|     Creditor, | ) |
| | ) |
|   vs. | ) CASE NO. 05B06301 |
| | ) JUDGE Eugene R. Wedoff |
| SANDY APARICIO, | ) |
|     Debtor | ) |

**RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE**

Now comes U.S. Bank, N.A., by and through its attorneys, Pierce & Associates, P.C., and hereby responds to the Notice of Payment of Final Mortgage cure, stating as follows:

1. The Debtor is due for the February 2009 contractual payment and all those thereafter.

2. The following is an itemization of the amounts due on the loan as of May 13, 2009:

   a. Attorney's Fees               $250.00

   b. Payments are

       2/09 – 3/09  2 @ $1,200.65 = $2,401.30
       4/05 – 5/09  2 @ $1,190.03 = $2,380.06

   c. Late Charges

       2/15/09 – 3/15/09  2 @ $48.03 = $96.06
       4/15/09                1 @ $47.60 = $47.60

   d. Principal Interest            $140.00

   e. Suspense                    –$843.43

       Total                       $4,471.59

If no challenge to foregoing is made by motion filed with the court and serviced on the undersigned and the trustee within thirty days of this notice U.S. Bank, N.A. rights to collect these amounts will be unaffected.

                                              Respectfully Submitted,
                                              U.S. Bank, N.A.

                                              /s/Dana O'Brien
                                              Dana O'Brien ARDC#6256415

                                              Pierce and Associates, P.C.
                                              1 North Dearborn
                                              Suite 1300
                                              Chicago, Illinois 60602
                                              (312)346-9088